# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:10-cv-241-RLV-DCK

| | |
|---|---|
| KARA RUTH KING, and ST. JUDE MEDICAL S.C., INC., ) ) ) Plaintiff, ) ) v. ) ) BOSTON SCIENTIFIC CORP., and EP TECHNOLOGIES, INC., ) ) ) ) Defendants. ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 2) filed June 3, 2010 pursuant to Local Rule 83(B) of the Rules of the United States District Court for the Western District of North Carolina.

It appears that the person for whom leave to appear is sought, Nicole D. Galli of the law firm of Feldman Gale, is a member in good standing of the Bar of the State of Pennsylvania and other Courts.

It further appears that Ms. Galli has associated Mark T. Calloway of Alston & Bird LLP as local counsel.

**IT IS THEREFORE ORDERED** that Nicole D. Galli be permitted to appear *pro hac vice* in the above-captioned action pending in this Court as counsel for Plaintiffs, Kara Ruth King and St. Jude Medical S.C., Inc.

Signed: June 8, 2010

David C. Keesler
United States Magistrate Judge