IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-cv-241-RLV-DCK

| | |
|---|---|
| KARA RUTH KING, and ST. JUDE MEDICAL S.C., INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BOSTON SCIENTIFIC CORP., and EP TECHNOLOGIES, INC., )<br>)<br>Defendants. ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" as to Robert L. Schnell, Jr. (Document No. 17) filed on June 28, 2010 pursuant to Local Rule 83(B) of the Rules of the United States District Court for the Western District of North Carolina.

It appears that the person for whom leave to appear is sought, Robert L. Schnell, Jr., of the law firm of Faegre & Benson LLP, is a member in good standing of the Bar of the State of Minnesota and other Courts.

It further appears that Robert L. Schnell, Jr. has associated with Eric D. Welsh of Parker Poe Adams & Bernstein, LLP as local counsel.

**IT IS THEREFORE ORDERED** that Robert L. Schnell, Jr. be permitted to appear *pro hac vice* in the above-captioned action pending in this Court as counsel for Defendants, Boston Scientific Corporation and EP Technologies, Inc.

Signed: June 28, 2010

David C. Keesler
United States Magistrate Judge